This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING , LP,**

Plaintiff-Appellee,

v.                                                    **NO. 32,710**

**PETER G. WILSON and GURU DARSHAN K.WILSON**

Defendants-Appellants,

**and**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM,**

Defendant.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Sheri A. Raphaleson, District Judge**

Susan C. Little & Associates, P.A.
Susan C. Little
Albuquerque, NM

for Appellee

Peter G. Wilson
Guru Darshan K. Wilson
Alcalde, NM
Pro Se Appellants

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Defendants-Appellants Peter Wilson and Guru Darshan Wilson appeal from the district court's order denying their motion to dismiss.  We issued a calendar notice proposing to dismiss the appeal for lack of a final, appealable order.  Plaintiff-Appellee filed a memorandum in support of the proposed disposition, and Defendants-Appellants have not submitted a response to the proposed dismissal.  The time for filing a memorandum in opposition having passed, we dismiss the appeal for the reasons stated in the calendar notice.

{2}     **IT IS SO ORDERED.**

 

 

 

_____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**TIMOTHY L. GARCIA, Judge**


_____

**J. MILES HANISEE, Judge**